Robert E. McANDREW, Plaintiff–Counter–Defendant–Appellant,

v.

LOCKHEED MARTIN CORPORATION, Successor in Interest to Lockheed–Aeronautical Systems Company, a division of Lockheed Corporation, Defendant–Counter–Claimant–Appellee,

J. A. Blackwell, Jr., T. A. Graham, et al., Defendants–Appellees.

No. 97–8483.

United States Court of Appeals, Eleventh Circuit.

Aug. 11, 1999.

Christopher G. Moorman, James Lee Ford, The Ford Law Firm, Atlanta, GA, for McAndrew.

Todd D. Wozniak, H. Lane Dennard, Jr., King & Spalding, Atlanta, GA, for Blackwell, Powell, Goldfarb and McLellan.

Richard W. Hendrix, Finch, McCranie, Brown, Hendrix & Sullivan, Atlanta, GA, for Graham.

Edmund M. Kneisel, Neal S. Berinhout, William H. Boice, Kilpatrick Stockton, LLP, Atlanta, GA, for Lockheed.

Before ANDERSON, Chief Judge, and TJOFLAT, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL and MARCUS, Circuit Judges[*].

---

[*] Senior U.S. Circuit Judge John C. Godbold has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).

1291

BY THE COURT:

A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.